IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D. GILBERTI, PE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 25-361-JLH |
| | ) |
| BLACKROCK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington, this 27th day of March 2025, having assessed the complaint filed by Plaintiff Joseph D. Gilberti in the above-captioned case pursuant to 28 U.S.C. § 1915(e)(2)(B);

IT IS HEREBY ORDERED that this action is DISMISSED as frivolous:

1. A federal court may properly dismiss an action *sua sponte* under the screening provisions of 28 U.S.C. § 1915(e)(2)(B) if "the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief." *Ball v. Famiglio*, 726 F.3d 448, 452 (3d Cir. 2013) (quotation marks omitted).

2. The complaint in the above-captioned action is patently frivolous.

3. The Clerk of Court is directed to close the above-captioned case.

Dated: March 27, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE